# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**
**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

Author: Jamie S. Felsen - Partner
Direct E-Mail Address: jamiefelsen@mllaborlaw.com
Direct Dial: (516) 303-1391

<u>**Via ECF**</u>

March 1, 2018

Honorable Robert M. Levy, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    **Re:**    **Hotaranu et al. v. Star Nissan Inc., et al.**
            **Docket No.: 16-CV-05320 (KAM)(RML)**
            <u>**MLLG File No.: 134-16**</u>

Dear Judge Levy:

      This firm represents the Defendants in the above-referenced matter and Plaintiffs join in this letter. The parties have reviewed the Court's February 27, 2018 Order concerning a bifurcated settlement structure and respectfully request permission to submit the non-FLSA settlement agreement to the Court via e-mail rather than through ECF. The reason for this request is that the non-FLSA agreement will contain a confidentiality provision with regard to the settlement of the non-FLSA claims. The parties will submit the FLSA settlement agreement along with a motion for approval of the FLSA settlement agreement via ECF as it will not contain a confidentiality provision.

                                          Respectfully submitted,

                                          **MILMAN LABUDA LAW GROUP PLLC**

                                          <u>/s/ Jamie S. Felsen</u>

cc: all counsel of record (via ECF)