**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**
**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

**Author: Jamie S. Felsen - Partner**
**Direct E-Mail Address: jamiefelsen@mllaborlaw.com**
**Direct Dial: (516) 303-1391**

<u>**Via ECF**</u>

August 14, 2018

Honorable Robert M. Levy, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re:** <u>Hotaranu et al. v. Star Nissan Inc., et al.</u>
> <u>**Docket No.: 16-CV-05320 (KAM)(RML)**</u>
> <u>**MLLG File No.: 134-16**</u>

Dear Judge Levy:

      This firm represents the Defendants in the above-referenced matter. We write to supplement the letter filed by Plaintiffs' counsel today requesting a pre-motion conference concerning the Court's Order dated August 13, 2018 (Dkt. No. 59) ("Order").

      Defendants respectfully request that Dkt. No. 59 be temporarily vacated until after the parties appear for the requested pre-motion conference. The reason for this request is that the Order discloses terms of the non-FLSA settlement agreement which the parties agreed is confidential and which were provided to the Court under seal.

      Respectfully submitted,

      **MILMAN LABUDA LAW GROUP PLLC**

      <u>/s/ Jamie S. Felsen</u>

cc: all counsel of record (via ECF)