28 Liberty Street, 30th Floor • New York, NY 10005
Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

June 12, 2019

**VIA CM/ECF**
Hon. Robert M. Levy, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   *Re:* *Hotaranu et al v. Star Nissan Inc. et al.*, **16-cv-05320- (RML)**

Dear Judge Levy,

  We represent Luis Felix, Razvan Hotaranu, Gabriel Rodriguez, Kenneth Livingston, Lucas Cedeno, Fernando Cedeno, Leopoldo Hernandez, Lionel Benjamin, Fred Braswell, Richard Schultz, Kevin Jiong, Joseph Kolb, Jeffrey Meltser, and Humphrey Ferreira (collectively "Plaintiffs") in the above referenced matter. Pursuant to the Court's Minute Entry dated May 3, 2019, Plaintiffs submit the Fair Labor Standards Act Settlement Agreements along with a Stipulation of Discontinuance executed by the parties.

  The New York Labor Law Agreements have been submitted via electronic mail under separate cover.

  We thank the Court for its time and consideration in this matter.

                Sincerely,

                Joseph A. Fitapelli

CC: All counsel of record (via CM/ECF)